# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** <br> **ISRAEL VÁZQUEZ RIVERA** <br><br> **DEBTOR** | **CASE NO. 99-13317 (ESL)** <br><br> **CHAPTER 13** |
| **ISRAEL VÁZQUEZ RIVERA** <br><br> **Plaintiff** <br><br> **Vs.** <br><br> **BANCO SANTANDER PUERTO RICO, ET ALS** <br><br> **Defendant(s)** <br><br> **WORLDWIDE ASSET PURCHASING, LLC; UNITED COLLECTIONS BUREAU, INC.** <br><br> **Third-party Defendants** | **ADV. PROC. NO.07-00340** |

### REQUEST FOR CONTINUANCE OF PRE-TRIAL ORDER

**TO THE HONORABLE COURT:**

COME now, **Israel Vázquez Rivera,** through the undersigned attorney who very respectfully alleges, states and prays as follows:

1- This Honorable Court set the pre-trial hearing date on the above-mentioned complaint for September 4, 2009.

2- Discovery in this case has not concluded.

3- On the other hand, several third party defendants have been enjoined recently in this case. Some discovery needs to be done in order to be prepared for a pre-trial hearing and has a full disclosure of the evidence to prove that Banco Santander acted willfully,

intentionally, grossly and flagrantly in violations of the provisions of Section 524 of Title 11 of the United States Code.

4- The appearing counsel discuss the request being made with all attorneys of record and they posed no objections to this request.

5- According to the above, the appearing plaintiff respectfully requests a continuance of the pre-trial and an extension of time of sixty days to pursue and complete the discovery.

**WHEREFORE**, plaintiff respectfully requests from this Honorable Court to grant this motion and/or any other relief that might be just and proper.

**IT IS HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following to all parties in interest.

**RESPECTFULLY SUBMITTED.**
In Carolina, Puerto Rico, August 26, 2009

**LEGAL PARTNERS, P.S.C.**
Box 316, Señorial Station
San Juan, P.R. 00926-6023
Telephone: (787) 791-1818
Fax: (800) 986-1842

*s/ Juan Carlos Garay*
**JUAN CARLOS GARAY MASSEY**
USDCPR 212504
juans@prtc.net