IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| ISRAEL VAZQUEZ RIVERA | CASE NO. 99-13317 ESL |
| MARIA MILAGROS RODRIGUEZ ROSARIO | CHAPTER 13 |
| Debtor(s) | ADVERSARY NO. 07-00340 |
| ISRAEL VAZQUEZ RIVERA | |
| Plaintiff | |
| BANCO SANTANDER PUERTO RICO | FILED & ENTERED ON 09/01/2009 |
| WORLDWIDE ASSET PURCHASING LLC | |
| UNITED COLLECTIONS BUREAU INC | |
| Defendant(s) | |

## ORDER

The debtor-plaintiff's request for continuance of the pre-trial hearing set for September 4, 2009 (docket entry #59) is GRANTED. THE PRE-TRIAL IS CONTINUED TO <u>NOVEMBER 13, 2009 AT 10:30 A.M.</u>

SO ORDERED.

San Juan, Puerto Rico, this 1st day of September, 2009.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR
JUAN MANUEL SUAREZ COBO
ALEJANDRO OLIVERAS RIVERA
BANCO SANTANDER PUERTO RICO
WORLDWIDE ASSET PURCHASING LLC
UNITED COLLECTIONS BUREAU INC